UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| VAUN MONROE,<br><br>      Plaintiff,<br><br>  v.<br><br>COLUMBIA COLLEGE OF CHICAGO and BRUCE SHERIDAN,<br><br>      Defendant. | No. 1:17-cv-005837 |

**DEFENDANTS' MOTION TO DISMISS**
**COUNTS I, II AND III OF THE PLAINTIFF'S COMPLAINT**

    Defendants Columbia College Chicago and Bruce Sheridan, by and through their attorneys, Tribler Orpett & Meyer, P.C., respectfully move this Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss with prejudice Counts I, II and III of Plaintiff Vaun Monroe's Complaint. In support of their motion, the defendants state the following:

    1.    The plaintiff's Title VII claims (Counts I and II) and 42 U.S.C. §1981 claim (Count III) must be dismissed because they are time-barred.

    2.    Claims brought pursuant to Title VII must be submitted to the Equal Employment Opportunity Commission within 300 days of the date of the alleged discriminatory action. In the present matter, the plaintiff filed his Charge of Discrimination more than 300 days after the alleged discriminatory action: the decision to deny him tenure. His Title VII claim therefore must be dismissed.

    3.    Claims brought pursuant to 42 U.S.C. §1981 must be brought within four years of the date of the alleged discriminatory action. In the present matter, the plaintiff filed his complaint more than four years after the decision that denied him tenure. His §1981 claim

1

therefore must be dismissed.

4. In their Memorandum in Support of the Motion to Dismiss, the defendants discuss the principles applicable to this Motion. The Memorandum is being filed contemporaneously with the present Motion and is incorporated by reference.

WHEREFORE, for the reasons set forth here and in the supporting Memorandum of Law, Columbia College Chicago and Bruce Sheridan respectfully request that Counts I, II and III be dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 12(b)(6).

    Respectfully submitted,

    Columbia College Chicago and Bruce Sheridan


    By: /s/ Jennifer H. Kay
    Jennifer H. Kay
    Tribler Orpett & Meyer P.C.
    225 West Washington - Suite 2550
    Chicago, IL 60606-3408
    t-312-201-6400
    f-312-201-6401
    jhkay@tribler.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of Defendants' **Motion to Dismiss Counts I, II and III of the Plaintiff's Complaint** was served upon:

| | |
|---|---|
| Thomas D. Rosenwein | Ken Maynard, Jr. |
| Rosenwein Law Group | Joel Daniel |
| 53 W. Jackson Blvd., Ste. 1205 | Kent Maynard & Associates |
| Chicago, IL 60604 | 53 W. Jackson Blvd., Ste 1205 |
| (312) 346-1080 | Chicago, IL 60604 |
| trosenwein@rlawgrp.com | (312) 423-6586 |
| | service@kentmaynard.com |

service was accomplished pursuant to ECF as to Filing Users and complies with LR 5.5 as to any party who is not a Filing User or represented by a Filing User by mailing a copy to the above-named attorney or party of record at the address listed above, from 225 W. Washington Street, Suite 2550, Chicago, IL 60606, prior to 5:00 p.m. on the 26th day of September, 2017, with proper postage prepaid.

s/Jennifer H. Kay
an Attorney