# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## BILL OF COSTS

April 20, 2021

Taxed in Favor of: **Appellee Columbia College Chicago; Appellee Bruce Sheridan**

| No. 20-1530 | VAUN MONROE,<br>Plaintiff - Appellant<br><br>v.<br><br>COLUMBIA COLLEGE CHICAGO, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cv-05837<br>Northern District of Illinois, Eastern Division<br>District Judge Thomas M. Durkin ||

The mandate or agency closing letter issued in this cause on April 20, 2021.

BILL OF COSTS issued in the amount of: $123.00.

|   |   | Cost of<br>Each Item | Total Cost<br>Each Item |
|---|---|---|---|
| 1. | For docketing a case on appeal or review or docketing any other proceeding: _____ | _____ | _____ |
| 2. | For reproduction of any record or paper, per page: _____ | _____ | _____ |
| 3. | For reproduction of briefs: _____ | _____ | __$123.00__ |

4. _____
   _____                _____     _____

5. _____
   _____                _____     _____

                                                              TOTAL:        \_\_$123.00\_\_

form name: **c7_BillOfCosts**(form ID: **140**)